STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIAM A. FEARON, DEFENDANT-APPELLANT.

Argued April 20, 1970—Decided May 4, 1970.

*Mr. Nathan Blumberg* argued the cause for appellant.

*Mr. Abel Goldstein* argued the cause for respondent (*Mr. James A. Tumulty, Jr.,* Prosecutor of Hudson County, attorney).

*Mr. Remo M. Croce,* Deputy Attorney General, argued the cause for *Mr. George F. Kugler, Jr.,* Attorney General, *amicus curiae; Mr. Stephen Skillman,* Assistant Attorney General, of counsel.

PER CURIAM. The judgment is reversed for the reasons expressed in the dissenting opinion of Judge Sullivan in the Appellate Division, 110 *N. J. Super.* 131.

*For reversal*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL SCHETTINO and HANEMAN—7.

*For affirmance*—None.